UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11CR3415-GT |
| Plaintiff, ) | ORDER TO CONTINUE SENTENCING WITH PSR HEARING DATE |
| v. ) | |
| MIGUEL TOSCANO-ALANIZ, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled sentencing hearing set before the Honorable Gordon Thompson, Jr., for January 9, 2012, at 9:30 a.m. be continued to February 10, 2012, at 9:30 a.m. Mr. Toscano is in custody and the Court accepted his plea of guilty on August 17, 2011. The court finds that time is excludable under the Speedy Trial Act.

DATED: 1-6-12

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge